**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　Plaintiff,<br>　v.<br><br>Brian Berry and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. C09-1073 JW<br><br>~~PROPOSED~~ ORDER VACATING CASE MANAGEMENT CONFERENCE |

　　　On or about June 15, 2009, the Court set a Case Management Conference on July 13, 2009, at 10:00 a.m.

　　　On or about July 2, 2009, Plaintiff filed its Request for Entry of Default against Defendant Brian Berry. Plaintiff moves to vacate the July 13 conference. (Docket Item No. 13.)

　　　**In light of the status of the case, the Court finds that a Case Management Conference is not necessary at this time. Accordingly, the Court VACATES the July 13, 2009 conference. Within thirty (30) days of the Clerk's Entry of Default, Plaintiff shall file its Motion for Default Judgment.**

Dated:  July 8, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge